823 A.2d 804

IN THE MATTER OF STEVEN E. MIRSKY, AN ATTORNEY AT LAW (ATTORNEY NO. 005201977).

June 5, 2003.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–381, concluding pursuant to *Rule* 1:20–4 that as a matter of reciprocal discipline, **STEVEN E. MIRSKY** of **ROCKVILLE, MARYLAND**, who was admitted to the bar of this State in 1977, should be reprimanded based on discipline imposed by the state of Maryland for conduct constituting violations of *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.15(a) (negligent misappropriation of client's funds) and *RPC* 1.16(d) (failure to promptly return portion of retainer to client), and good cause appearing;

It is ORDERED that **STEVEN E. MIRSKY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.